■ RALPH PAGAN et al., Respondents, v. LITTLE CAB CORP., Appellant.—

It was an improvident exercise of discretion, apart from any question of lack of power, to direct the defendant to conduct an examination which it did not seek or desire. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.